Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**Lisa Jo CHAMBERLIN, Petitioner–Appellee**

v.

**Marshall L. FISHER, Commissioner, Mississippi Department of Corrections, Respondent–Appellant**

No. 15-70012

United States Court of Appeals, Fifth Circuit.

FILED July 10, 2017

Elizabeth Unger Carlyle, Kansas City, MO, Michael James Bentley, Esq., Michael Leland Cowan, Alicia Kate Margolis, Esq., Attorney, Bradley Arant Boult Cummings, L.L.P., Jackson, MS, for Petitioner–Appellee.

Cameron Leigh Benton, Special Attorney to the Attorney General, Marvin Luther White, Jr., Esq., Assistant Attorney General, Office of the Attorney General for the State of Mississippi, Jackson, MS, for Respondent–Appellant.

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, HIGGINSON and COSTA, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

1. Judge Graves is recused and did not participate in this decision.